**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **RICARDO RAUL MARTINEZ RODRIGUEZ,**<br>    *Plaintiff,* | § § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 1:21-cv-00561** |
| **WAL-MART, INC.,**<br>    *Defendant.* | § § § | **JURY TRIAL REQUESTED** |

<u>**NOTICE OF REMOVAL**</u>

Defendant **WAL-MART, INC.,** (hereinafter "Defendant"), files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. <u>Introduction</u>

1.     Defendant has filed its Civil Cover Sheet pursuant to Local Rule 3.1 and Local Rule 81.1. *See* **Exhibit A.**

2.     On or about May 21, 2021, Plaintiff **RICARDO RAUL MARTINEZ RODRIGUEZ** ("Plaintiff") initiated the state court lawsuit against Defendant in the 250th Judicial District Court of Travis County, styled *Ricardo Raul Martinez Rodriguez v. Wal-Mart, Inc.*; Cause No. D-1-GN-21-002345 (the "State Court Action"). In the State Court Action, Plaintiff alleged a cause of action for premises liability against Defendant. In addition, Plaintiff seeks to recover damages for past and future physical pain and suffering, past and future disfigurement, past and future mental anguish, past and future physical impairment, past and future medical expenses, past loss of wages, loss of household services, and future loss of earning capacity. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B.**

3.     The attorneys involved in the action being removed are listed as follows:

**Party and Party Type**                              **Attorney(s)**

Ricardo Raul Martinez Rodriguez - Plaintiff          Christine Londergan
                                                     Texas Bar No. 24109483
                                                     DC LAW, PLLC
                                                     1012 W. Anderson Lane
                                                     Austin, TX 78757
                                                     Phone: 512-220-1800
                                                     Fax: 512-220-1801
                                                     Email: christine@texasjustice.com

Wal-Mart, Inc. - Defendant                           Brett H. Payne
                                                     Texas Bar No. 00791417
                                                     WALTERS, BALIDO & CRAIN, L.L.P.
                                                     9020 N. Capital of Texas Highway
                                                     Building I, Suite 170
                                                     Austin, Texas 78759
                                                     Phone: 512-472-9000
                                                     Fax: 512-472-9002
                                                     Email: paynevfax@wbclawfirm.com

4.     The name and address of the court from which the case is being removed is as follows:

> 250th Judicial District Court
> The Honorable Karin Crump
> Travis County Courthouse
> 1000 Guadalupe, 4th Floor
> Austin, Texas 78701
> Phone: (512) 854-9312
> Fax: (512) 854-2469Mailing Address:
> P.O. Box 1748
> Austin, Texas 78767

### B.  The Notice Of Removal Is Timely

5.     Defendant's agent was served with citation and a copy of Plaintiff's Original Petition on or about May 25, 2021. *See* **Exhibit C**.  Pursuant to 28 U.S.C. § 1446(b), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant, through service or

otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable.

**C.   Complete Diversity & Amount In Controversy Is Over the Threshold**

6.      Pursuant to the State Court Action, Plaintiff Ricardo Raul Martinez Rodriguez is an individual residing in Texas.

7.      Defendant Wal-Mart, Inc. is now, and was at all times relevant hereto, a foreign for-profit corporation which owns and operates the business commonly known as Wal-Mart in Bentonville, Arkansas.  Defendant's corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312. Defendant's registered agent, upon whom Defendant may be served with process, is CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

8.      In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

9.      Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a).  A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993).  In the State Court Action, Plaintiff alleges she seeks "monetary relief over Two Hundred Thousand and 00/100 Dollars ($200,000.00) but not more than One Million and 00/100 Dollars ($1,000,000.00)" See **Exhibit B**.  Thus, the amount in controversy in the instant case meets the requirements for removal.

10.      Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit D.**

### D. Basis for Removal

11.     Because this is a civil action of which the District Courts of the United States have original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Further, because Plaintiff is a citizen and resident of Texas, Defendant's principal places of business are located in Arkansas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

### E. Filing of Notice with State Court

12.     Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through his attorney of record and to the clerk of the state court action.

### F. Prayer

13.     **WHEREFORE, PREMISES CONSIDERED,** Defendant Wal-Mart, Inc. requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that they have such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

BY:     */s/ Brett H. Payne*
        Brett H. Payne
        Texas Bar Number 00791417
        Nancy G. Scates
        Texas Bar Number 24032249
        WALTERS, BALIDO & CRAIN, L.L.P.
        Great Hills Corporate Center
        9020 N. Capital of Texas Highway
        Building I, Suite 170
        Austin, Texas 78759
        Phone: 512-472-9000
        Fax: 512-472-9002

Email: paynevfax@wbclawfirm.com

**ATTORNEYS FOR DEFENDANT
WAL-MART, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of June, 2021, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Christine Londergan
DC LAW, PLLC
1012 W. Anderson Lane
Austin, TX 78757
Phone: 512-220-1800
Fax: 512-220-1801
Email: christine@texasjustice.com

*/s/ Brett H. Payne*
BRETT H. PAYNE