# EXHIBIT C
# 1:21-CV-00561

CITATION
THE STATE OF TEXAS
**CAUSE NO. D-1-GN-21-002345**

RICARDO RAUL MARTINEZ RODRIGUEZ,

, Plaintiff

vs.
WAL-MART INC,

, Defendant

TO: WALMART INC
BY SERVING TS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TEXAS 75201

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION of the PLAINTIFF in the above styled and numbered cause, which was filed on MAY 21,2021 in the 250TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, May 24, 2021.

REQUESTED BY:
CHRISTINE REGINA LONDERGAN
1012 W ANDERSON LN
AUSTIN, TX 78757
BUSINESS PHONE:(512)220-1800  FAX:(512)220-1801

Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse**
**1000 Guadalupe, P.O. Box 679003 (78767)**
**Austin, TX 78701**

PREPARED BY: VICTORIA BENAVIDES

— — — — — — — — — **RETURN** — — — — — — — — — —

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock _____M.,
by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

Sheriff / Constable / Authorized Person

By:_____

Printed Name of Server

_____ County, Texas

_____
Notary Public, THE STATE OF TEXAS

D-1-GN-21-002345                        SERVICE FEE NOT PAID                        P01 - 000106959

Caleb Malone
PSC 1574 exp 10/31/2021
2021/05/25 13:05:25

 **CT Corporation**

**Service of Process Transmittal**
05/25/2021
CT Log Number 539623532

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Rodriguez Ricardo Rail Martinez, Pltf. vs. Wal-Mart Inc, Dft. // To: Walmart Inc<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Certificate |
| **COURT/AGENCY:** | 250th Judicial District Court Travis County, TX<br>Case # D1GN21002345 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/17/2019 - 1030 Norwood Park Blvd, Austin, TX 78753 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/25/2021 at 13:05 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after you were served (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Christine Londergan<br>DC Law, PLLC<br>1012 W. Anderson Ln.<br>Austin, TX 78757<br>512-220-1800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/26/2021, Expected Purge Date: 05/31/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / SC



**CT Corporation**

**Service of Process Transmittal**
05/25/2021
CT Log Number 539623532

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Tue, May 25, 2021 |
| **Server Name:** | Caleb Malone |
| | |
| Entity Served | WALMART INC. |
| Case Number | d-1-gn-21-002345 |
| Jurisdiction | TX |

